**DE LIAN HUANG, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–73053.

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Dec. 17, 2008.*

Filed Dec. 29, 2008.

Shenqian Yuan, Law Offices of Tang & Yuan, San Jose, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and TROTT, Circuit Judges.

## MEMORANDUM **

De Lian Huang, a native of Vietnam and citizen of China, petitions for review of the Board of Immigration Appeals' order summarily dismissing her appeal from an immigration judge's ("IJ") decision denying her application for asylum. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence adverse credibility determinations, *Wang v. INS,* 352 F.3d 1250, 1253 (9th Cir.2003), and we deny the petition for review.

Substantial evidence supports the IJ's adverse credibility determination because the IJ identified particular instances in the record when Huang was unresponsive to questions regarding her reentry into China and whether she or her husband attempted to resolve her identity card problem.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*See Singh v. Ashcroft,* 301 F.3d 1109, 1114 (9th Cir.2002) (requiring specific evidence in the record to support a finding of unresponsiveness).

**PETITION FOR REVIEW DENIED.**